MICHAEL FLAHERTY, PLAINTIFF IN ERROR, v. NORTH JERSEY STREET RAILWAY COMPANY, DEFENDANT IN ERROR.

Submitted March 27th, 1905—Decided June 19th, 1905.

On error to Hudson Circuit.

For the plaintiff in error, *Alexander Simpson.*

For the defendant in error, *William H. Speer.*

PER CURIAM.

The printed case discloses no judgment returned with the writ of error. There is therefore nothing before the court to reverse or to affirm, and upon the application of counsel for defendant in error the writ is dismissed.

*For dismissal*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, GARRISON, FORT, GARRETSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN.   12.